

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-19-2015

# In Re: The Matter Of The Grand

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: The Matter Of The Grand" (2015). *2015 Decisions*. Paper 505.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/505

This May is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 18, 2015

No. 15-1264

IN RE: IN THE MATTER OF THE GRAND JURY EMPANELED on May 9, 2014

John Doe; ABC Entity,
                                                    Appellants

(D.N.J. No. 2-14-mc-00062)

Present:  FISHER, CHAGARES and COWEN, Circuit Judges

1. Letter Motion by Appellee to Amend Precedential Opinion.

Respectfully,
Clerk/mlr

_____ORDER_____

The foregoing motion is granted.  The caption of the Opinion and Judgment are amended to designate the Hon. Stanley R. Chesler as the proper District Court Judge.  Judge Esther Salas was incorrectly identified as the lower court judge.  As this amendment is ministerial in nature, the filing date of the opinion and judgment shall not be altered.

By the Court,

s/ Robert E. Cowen
Circuit Judge

Dated: May 19, 2015

cc:
Damian P. Conforti, Esq.
Mark E. Coyne, Esq.
Nancy A. Del Pizzo, Esq.
John F. Romano, Esq.